IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEROY COBB**  **PLAINTIFF**

v.    Case No. 4:22-cv-00249 KGB

**PULASKI COUNTY, ARKANSAS**  **DEFENDANT**

## ORDER

Before the Court is the status of this case.  In an Order entered on January 26, 2023, the Court ordered plaintiff Leroy Cobb to show cause by February 23, 2023, as to why the Court should not dismiss his claims for failure to prosecute (Dkt. No. 16).  Mr. Cobb has not responded to the Order, and the time for doing so has passed.  Accordingly, for the reasons set forth in the Order to show cause, the Court dismisses without prejudice Mr. Cobb's claims.

So ordered this the 6th day of March, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge