IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEROY COBB**                                                                   **PLAINTIFF**

v.                    Case No. 4:22-cv-00249 KGB

**PULASKI COUNTY, ARKANSAS**                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Leroy Cobb's complaint is dismissed without prejudice.  The Court denies the requested relief.

So adjudged this 6th of March, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge